IRVING GROSS, Individually and on Behalf of East Coast Lumber Terminal, Inc., and the Directors and Stockholders of said Corporation, and of All Stockholders Thereof Similarly Situated, Appellant-Respondent, v. VIRGIL M. PRICE, Individually and as President, Director and Stockholder of East Coast Lumber Terminal, Inc., et al., Respondents-Appellants.—

Present — Wenzel, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ. [See *post*, p. 1091.]